**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

August 5, 2009

Clerk, U.S. Bankruptcy Court

RE: Michael D. Dilger
    Bankruptcy Case No.  1-05-09302
    Unclaimed Funds For: Estate of Thomas Cline
                        2221 Longs Gap Road
                        Carlisle PA 17013

Dear Clerk:

Enclosed herewith please find check No.748738 for $497.18 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

Very truly yours,

*Carol A. Kreider*

Carol A. Kreider
Funds Manager

FILED
WILKES-BARRE, PA
2009 AUG -7 AM 11: 57
CLERK U.S. BANKRUPTCY COURT